UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VE THI NGUYEN,<br><br>               Plaintiff,<br><br>  v.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security<br><br>               Defendant. | Case No. C13-882 RAJ-BAT<br><br>**ORDER AFFIRMING THE COMMISSIONER AND DISMISSING CASE** |

The Court, having reviewed plaintiff's Complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, ORDERS:

1. The Court adopts the Report and Recommendation and affirms the Commissioner;

2. Plaintiff's Complaint, Dkt. 1, is **DISMISSED WITH PREJUDICE**.

3. The Clerk shall send a copy of this Order to the parties.

DATED this 8th day of May, 2014.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER AFFIRMING THE COMMISSIONER AND DISMISSING
CASE - 1